UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Edmund F. Brennan
United States Magistrate Judge
Sacramento, California

                          RE:    Joseph Ray TUFFORD
                                Docket Number:   2:11CR00057-01
                                <u>**REQUEST TO DISPOSE**</u>
                                <u>**SEIZED CONTRABAND**</u>

Your Honor:

During a search of Mr. Tufford's residence on January 22, 2013, a number of items were seized as evidence of violation conduct. This evidence consisted of several rounds of .40 caliber ammunition, several shot gun shells, and a backpack containing several containers of varying amounts of marijuana, mushrooms, a home-made urine device, and a modified gas mask. On March 11, 2013, Mr. Tufford's supervised release was continued as previously imposed on February 5, 2011. The contraband described above is no longer needed as evidence. Consequently, the Probation Office requests authorization to destroy the items listed.

                              Respectfully submitted,

                              /s/ Glenn P. Simon

                           **GLENN P. SIMON**
                  **Senior United States Probation Officer**

Dated:        April 3, 2013
                 Sacramento, California
                 GPS:cd

**REVIEWED BY:**     /s/ Michael A. Sipe
                            **MICHAEL A. SIPE**
                            **Supervising United States Probation Officer**

                            /s/ Terence E. Sherbondy for
                            **RICHARD A. ERTOLA**
                            **Chief United States Probation Officer**

**RE:** Joseph Ray TUFFORD
Docket Number: 2:11CR00057-01
**REQUEST TO DISPOSE SEIZED CONTRABAND**

UNITED STATES ATTORNEY'S OFFICE

The United States Attorney's Office has no prosecutorial interest or objections to the Probation Office's request to dispose of the contraband listed herein.

Respectfully,

04/10/2013     /s/ Nicholas Mead Fogg
Date     **NICHOLAS MEAD FOGG**
    **Assistant United States Attorney**

**THE COURT ORDERS:**

( x )    The Probation Office is hereby authorized to dispose the contraband and seized property listed in the request.

( )    Request to dispose contraband and seized property is denied.

( )    Other:

April 11, 2013
**Date**                 **Signature of Judicial Officer**

Attachment
cc:    Richard A. Ertola, CUSPO
       Terence E. Sherbondy, DCUSPO
       Rick C. Louviere, ADCUSPO